IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DAVID A. STEBBINS                                          PLAINTIFF

vs.                              No. 4:17-cv-711-JM-JTK

KENNETH HIXSON, DAVID GLOVER,
PHILLIP WHITEAKER, AND THE STATE
OF ARKANSAS                                                DEFENDANTS

ORDER

This case is hereby referred to United States Magistrate Judge Jerome T. Kearney for

consideration and determination of all pre-trial matters and for recommended disposition for the

resolution of any dispositive matters.

IT IS SO ORDERED this 1st day of November, 2017.

_____
James M. Moody Jr.
United States District Judge