#1

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN

See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| David A Stebbins | 4:17-cv-00711-JM-JTK |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Kenneth Hixson, et al. | Summons/Cump/Amd Cump |

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Arkansas, State of c/o Arkansas Attorney General

**AT** — ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
323 Center Street, Suite 200 Little Rock, AR 72201

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

David A Stebbins
123 W Ridge St. Apt. D
Harrison, AR 72601

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Fold — Fold

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JAN 10 2018
JAMES W. McCORMACK, CLERK
By: [signature] DEP CLERK

| Signature of Attorney or other Originator requesting service on behalf of: | ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| /s/ C. Newton, Deputy Clerk | | 501-604-5351 | 12/19/2017 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 09 | No 09 | [signature] | 12-27-17 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

| Date of Service | Time | am / pm |
|---|---|---|
| 1/3/18 | 10:10 | am |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 8.00 | | | | | 8.00 | |

REMARKS:

FedEx
returned unexecuted 1-3-18 by attorney General's office

PRIOR EDITIONS MAY BE USED

FORM USM-285 (Rev. 12/15/80)

Clerk of Court

ATTORNEY GENERAL
LESLIE RUTLEDGE
ARKANSASAG.GOV

Monty V. Baugh
Deputy Attorney General

Direct dial: (501) 682-1681
Email: monty.baugh@arkansasag.gov

January 3, 2018

United States Marshall Service
Eastern District of Arkansas
600 West Capitol Avenue
Suite A328
Little Rock, Arkansas 72201

Re: ***David A. Stebbins v. Kenneth Hixson, et al.***
USDC Case No. 4:17-cv-00711-JM-JTK

Dear Sir or Madame:

This office received today a copy of summons and complaint in the above-referenced action. It appears that you may have forwarded this material to us in an effort to obtain service of process upon the State of Arkansas. We are returning your original documents to you with this letter.

The Office of Attorney General is not the agent for service of process upon the State of Arkansas and is not authorized to accept service on its behalf. If you wish to initiate a lawsuit against the State of Arkansas, you will have to obtain service of process as provided in the Arkansas Rules of Civil Procedure, by serving the State of Arkansas through the Office of the Governor.

Sincerely,

Monty V. Baugh
Deputy Attorney General

MVB/jkh
Enclosure