UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS

DAVID A. STEBBINS                                                           PLAINTIFF

VS.                     CASE NO. 4:17-cv-00711-JM-JTK

KENNETH HIXSON, DAVID GLOVER,                    DEFENDANTS
PHILLIP WHITEAKER, AND THE STATE OF ARKANSAS

### MOTION AND INCORPORATED BRIEF IN SUPPORT THEREOF FOR DEFAULT AS TO STATE OF ARKANSAS

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Motion for the State of Arkansas to be listed in default in the above-styled action.

1. On January 3, 2018, the State of Arkansas was served with process in the above-styled action. See Doc. 8.

2. The State of Arkansas maintains that the Attorney General's Office is not authorized to receive service on the State of Arkansas' behalf. See Doc. 12. This is not true. Fed.R.Civ.P. 4(j)(2)(B) says that service on a state government is authorized by whatever means is allowed by the laws of that state. Arkansas law clearly permits service on the Arkansas Attorney General. See Ark.R.Civ.P. 4(d)(7) ("Upon a state ... by delivering a copy of the summons and complaint ... upon the Attorney General of the state").

3. Bear in mind that this Court, in a text-only order, granted my motion for martial service despite knowing full well that I planned on serving the State of Arkansas through the Attorney General's Office. See **Doc.** 7. I highly doubt the Court would have granted that motion if he felt that the Attorney General is not a valid agent to receive service of process. At the very least, he would have granted in part and denied in part the motion for martial service, granting it only to the individual defendants. The fact that the Court proceeded with directing service by the U.S. Marshal just goes to show that it considered the Attorney General a valid agent for service of

process.

4. Also remember that, in Case No. 4:16CV00545-JM (Stebbins v. State of Arkansas, ARS, and Amy Jones), the State of Arkansas was also served through the Arkansas Attorney General (see Doc. 7 and Doc. 17 of that case, respectively), and they never disputed the validity of service of process. The State of Arkansas simply appeared alongside the other two defendants (see Doc. 14).

5. That case was only a very short time ago. So it is highly unlikely that any drastic changes to Arkansas state law have been made since then. Also, Christine Cryer is the defense attorney for both cases, so it is not like she isn't aware of this double standard.

6. Therefore, the Defendants were properly served with summons whether they like it or not. This service happened on January 3, 2018, whether the State of Arkansas likes it or not.

7. That means that the deadline for the State of Arkansas to appear in the action was January 24, 2018.

8. Although the other three defendants have appeared in the action, the State of Arkansas has not.

9. Christine Cryer – counsel for the three defendants who *have* appeared – could very easily have also appeared as counsel for the State of Arkansas, she has made the conscious choice not to. In other words, the State of Arkansas **_knew full well_** they were being sued in this case, and **_purposefully ignored_** the lawsuit, rather than moving to dismiss under Fed.R.Civ.P. 12(b)(4) or 12(b)(5)!

10. Frankly, at that point, even if service of process *wasn't* properly affected on the State of Arkansas, this Court should have no sympathy for their failure to timely act, especially given their track record of accepting service of process through the Attorney General's office! They

*deserve* to be held in default at that point!

11.     I therefore ask the Court to enter the State of Arkansas in default in the above-styled action.

So requested on this, the 28th day of January, 2018.

/s/ David Stebbins

David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com

(Post. 3/12/14)

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| David A Stebbins | 4:17-cv-00711-JM-JTK |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Kenneth Hixson, et al. | Summons/Comp/Amd Comp |

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Arkansas, State of c/o Arkansas Attorney General

**AT** — ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
323 Center Street, Suite 200   Little Rock, AR 72201

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

David A Stebbins
123 W Ridge St. Apt. D
Harrison, AR 72601

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JAN 08 2018
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

2017 DEC 19 PM 3:37  Received  U.S. Marshal Eastern Arkansas

| Signature of Attorney or other Originator requesting service on behalf of: | ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| /s/ C. Newton, Deputy Clerk | | 501-604-5351 | 12/19/2017 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 09 | No. 09 | M Haskins | 12-27-17 |

☑ I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

Address (complete only if different than shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 1/3/18   Time: 10:10 am

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 8.00 | | | | | 8.00 | |

**REMARKS:** FedEx

PRIOR EDITIONS MAY BE USED — **1. CLERK OF THE COURT** — FORM USM-285 (Rev. 12/15/80)

Case 3:18-cv-03040-TLB   Document 17   Filed 01/31/18   Page 5 of 6 PageID #: 76

Track your package or shipment with FedEx Tracking — Case 3:17-cv-00711 Document 8 Filed 01/08/18 Page 2 of 3 Page 1 of 2

**Ex.**   Shipping   Tracking   Printing Services   Locations   Support   Michelle

**IMPORTANT!**
The winter storm is causing hazardous conditions across the Eastern region of the U.S. Learn More

## FedEx® Tracking

**771094347561**

| | |
|---|---|
| Ship date:<br>Thu 12/28/2017 | Actual delivery:<br>Wed 1/03/2018 10:10 am |
| United States Marshals Service<br>Michelle Haskins<br>600 W. CAPITOL, ROOM A328<br>LITTLE ROCK, AR US 72201<br>501 324-6256 | State of Arkansas<br>Arkansas Attorney General<br>Suite 200<br>323 Center Street<br>LITTLE ROCK, AR US 72201<br>501 682-2007 |

**Delivered**
Signed for by: B.STULL

### Travel History

| Date/Time | Activity | Location |
|---|---|---|
| **1/03/2018 - Wednesday** | | |
| 10:10 am | Delivered | LITTLE ROCK, AR |
| 8:01 am | On FedEx vehicle for delivery | LITTLE ROCK, AR |
| 6:42 am | At local FedEx facility | LITTLE ROCK, AR |
| **1/02/2018 - Tuesday** | | |
| 8:42 am | At local FedEx facility<br>Package not due for delivery | LITTLE ROCK, AR |
| 7:09 am | At local FedEx facility | LITTLE ROCK, AR |
| **12/29/2017 - Friday** | | |
| 7:28 pm | At local FedEx facility | LITTLE ROCK, AR |
| 8:44 am | At local FedEx facility<br>Package not due for delivery | LITTLE ROCK, AR |
| 8:40 am | At local FedEx facility | LITTLE ROCK, AR |
| 8:30 am | Delivery exception<br>Business closed - No delivery attempt | LITTLE ROCK, AR |
| 6:54 am | At local FedEx facility | LITTLE ROCK, AR |
| **12/28/2017 - Thursday** | | |
| 1:50 pm | Picked up | LITTLE ROCK, AR |
| **12/27/2017 - Wednesday** | | |
| 2:52 pm | Shipment information sent to FedEx | |

### Shipment Facts

| | | | |
|---|---|---|---|
| Tracking Number | 771094347561 | Service | FedEx Express Saver |
| Weight | 0.5 lbs / 0.23 kgs | Signature services | Adult signature required |
| Delivery attempts | 1 | Delivered To | Receptionist/Front Desk |
| Total pieces | 1 | Total shipment weight | 0.5 lbs / 0.23 kgs |
| Terms | Not Available | Shipper reference | 4:17CV00711 |
| Packaging | FedEx Envelope | Special handling section | Deliver Weekday, Adult Signature Required |
| Standard transit | 1/03/2018 by 4:30 pm | | |

Ask FedEx

**OUR COMPANY**
About FedEx
Our Portfolio
Investor Relations
Careers

FedEx Blog
Corporate Responsibility
Newsroom
Contact Us

**MORE FROM FEDEX**
FedEx Compatible
Developer Resource Center
FedEx Cross Border

**LANGUAGE**
Change Country

English

https://www.fedex.com/apps/fedextrack/index.html?action=track&tracknumbers=77109434...   1/5/2018

**FOLLOW FEDEX**

© FedEx 1995-2017    Feedback | Site Map | Terms of Use | Security & Privacy

Ask FedEx