(Post. 3/12/14)

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| David A Stebbins | 4:17-cv-00711-JM-JTK |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Kenneth Hixson, et al. | Summons & Complaint |

| SERVE | NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| ➡ | Arkansas, State of                c/o Governor Asa Hutchinson |
|   | ADDRESS Street or RFD, Apartment No., City, State and ZIP Code |
| AT | 500 Woodlane Ave, Room 250    Little Rock, AR  72201 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

David A Stebbins
123 W Ridge St. Apt. D
Harrison, AR 72601

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Number, and Estimated Times Available For Service):

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 12 2018

JAMES W. McCORMACK, CLERK
By: _____
                DEP CLERK

| Signature of Attorney or other Originator requesting service on behalf of: | ☐ PLAINTIFF | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| /s/ M. Frost, Deputy Clerk | ☐ DEFENDANT | 501-604-5351 | 1/31/2018 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 09 | District to Serve No. 09 | Signature of Authorized USMS Deputy or Clerk  J. Callahan | Date 2/7/2018 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 2/8/2018   Time: am/pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $8.00 |  |  | $8.00 |  |  |  |

REMARKS: FedEx

Served via FedEx



February 12, 2018

Dear Customer:

The following is the proof-of-delivery for tracking number **771426050604**.

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Receptionist/Front Desk |
| **Signed for by:** | J.SICCARDI | **Delivery location:** | 500 WOODLANE AVE 250 LITTLE ROCK, AR 72201 |
| **Service type:** | FedEx Express Saver | **Delivery date:** | Feb 8, 2018 08:59 |
| **Special Handling:** | Deliver Weekday | | |
| | Adult Signature Required | | |



### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 771426050604 | **Ship date:** | Feb 7, 2018 |
| | | **Weight:** | 0.5 lbs/0.2 kg |

**Recipient:**
State of Arkansas
500 Woodlane Avenue, Room 250
LITTLE ROCK, AR 72201 US

**Shipper:**
Michelle Haskins
United States Marshals Service
600 W. CAPITOL, ROOM A328
LITTLE ROCK, AR 72201 US

Thank you for choosing FedEx.