# U.S. District Court
# Eastern District of Arkansas (Little Rock)
# CIVIL DOCKET FOR CASE #: 4:17−cv−00711−JM−JTK

Stebbins v. Hixson et al  
Assigned to: Judge James M. Moody Jr.  
Referred to: Magistrate Judge Jerome T. Kearney  
Cause: 42:1983 Other Civil Rights  

Date Filed: 10/31/2017  
Jury Demand: Plaintiff  
Nature of Suit: 440 Civil Rights: Other  
Jurisdiction: Federal Question  

**Plaintiff**

**David A Stebbins**  represented by  **David A Stebbins**  
123 W Ridge St. Apt. D  
Harrison, AR 72601  
870−204−6561  
*PRO SE*

V.

**Defendant**

**Kenneth Hixson**  represented by  **Christine A. Cryer**  
Arkansas Attorney General's Office  
Catlett−Prien Tower Building  
323 Center Street, Suite 200  
Little Rock, AR 72201−2610  
501−683−0958  
Email: Christine.cryer@arkansasag.gov  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Defendant**

**David Glover**  represented by  **Christine A. Cryer**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Phillip Whiteaker**  represented by  **Christine A. Cryer**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Arkansas, State of**  represented by  **Christine A. Cryer**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

Email All Attorneys (Primary Address)  
Email All Attorneys (Primary and Secondary Address)

| Date Filed | # | Docket Text |
|---|---|---|
| 10/31/2017 | Ï 1 | MOTION for Leave to Proceed in forma pauperis, by David A Stebbins. (mcz) (Entered: 10/31/2017) |
| 10/31/2017 | Ï 2 | COMPLAINT with Jury Demand against All Defendants, filed by David A Stebbins. (mcz) (Entered: 10/31/2017) |
| 11/01/2017 | Ï 3 | ORDER referring this case to United States Magistrate Judge Jerome T. Kearney for consideration and determination of all pre−trial matters and for recommended disposition for the resolution of any dispositive matters. Signed by Judge James M. Moody Jr. on 11/1/2017. (ljb) (Entered: 11/01/2017) |
| 11/28/2017 | Ï 4 | ORDER granting 1 Plaintiff's motion for leave to proceed in forma pauperis. Plaintiff may proceed without payment of fees and cost or security therefore. Signed by Magistrate Judge Jerome T. Kearney on 11/28/2017. (lmc) (Entered: 11/28/2017) |
| 12/11/2017 | Ï 5 | MOTION for Marshal Service, by David A Stebbins. (kdr) (Entered: 12/11/2017) |
| 12/11/2017 | Ï 6 | AMENDED COMPLAINT with Jury Demand against All Defendants, filed by David A Stebbins.(kdr) (Entered: 12/11/2017) |
| 12/18/2017 | Ï 7 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) ORDER granting 5 Motion for Order. The Clerk of Court shall prepare a summons for the Defendants and the United States Marshal is directed to serve a copy of the Complaint (Doc. No. 2), Amended Complaint (Doc. No. 6), and summons on the Defendants and the Arkansas Attorney General, without prepayment of fees and costs or security therefore. Signed by Magistrate Judge Jerome T. Kearney on 12/18/2017. (kam) (Entered: 12/18/2017) |
| 12/19/2017 | Ï | Summons Issued as to All Defendants and forwarded to the U.S. Marshal for service. (cmn) (Entered: 12/19/2017) |
| 01/08/2018 | Ï 8 | SUMMONS Returned Executed. Arkansas, State of, served on 1/3/2018. (scw) (Entered: 01/09/2018) |
| 01/08/2018 | Ï 9 | SUMMONS Returned Executed. Phillip Whiteaker served on 1/3/2018. (scw) (Entered: 01/09/2018) |
| 01/08/2018 | Ï 10 | SUMMONS Returned Executed. David Glover served on 1/3/2018. (scw) (Entered: 01/09/2018) |
| 01/08/2018 | Ï 11 | SUMMONS Returned Executed. Kenneth Hixson served on 1/3/2018. (scw) (Entered: 01/09/2018) |
| 01/10/2018 | Ï 12 | Summons Returned Unexecuted as to Arkansas, State of, c/o Arkansas Attorney General. (fjg) (Entered: 01/10/2018) |
| 01/24/2018 | Ï 13 | NOTICE of Appearance by Christine A. Cryer on behalf of David Glover, Kenneth Hixson, Phillip Whiteaker (Cryer, Christine) (Entered: 01/24/2018) |
| 01/24/2018 | Ï 14 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by David Glover, Kenneth Hixson, Phillip Whiteaker (Cryer, Christine) (Entered: 01/24/2018) |
| 01/24/2018 | Ï 15 | BRIEF IN SUPPORT re 14 Motion to Dismiss for Failure to State a Claim filed by David Glover, Kenneth Hixson, Phillip Whiteaker. (Cryer, Christine) (Entered: 01/24/2018) |
| 01/31/2018 | Ï 16 | ORDER directing the Clerk of Court to prepare another summons for the States of Arkansas and directing the U.S. Marshal to serve a copy of 2 Complaint and Summons on the Governor without prepayment of fees and costs or security. Signed by Magistrate Judge Jerome T. Kearney on 1/31/2018. (mef) (Entered: 01/31/2018) |

| | | |
|---|---|---|
| 01/31/2018 | 17 | MOTION and Incorporated Brief in Support Thereof for Default as to State of Arkansas by David A Stebbins (jap) (Entered: 01/31/2018) |
| 01/31/2018 | | Summons Reissued as to Arkansas, State of and forwarded to the U.S. Marshal for service. (mef) (Entered: 01/31/2018) |
| 02/07/2018 | 18 | RESPONSE in Opposition re 17 MOTION for Order filed by David Glover, Kenneth Hixson, Phillip Whiteaker. (Attachments: # 1 Exhibit Unexecuted Summons in Case 4:16CV00878 (later removed to Western District 3:17CV03016))(Cryer, Christine) (Entered: 02/07/2018) |
| 02/08/2018 | 19 | RESPONSE in Opposition to 14 Motion to Dismiss filed by David A Stebbins. (ljb) (Entered: 02/08/2018) |
| 02/08/2018 | 20 | BRIEF IN SUPPORT of 19 Response in Opposition to Motion filed by David A Stebbins. (ljb) (Entered: 02/08/2018) |
| 02/12/2018 | 21 | SUMMONS Returned Executed. Arkansas, State of served on 2/8/2018. (fjg) (Entered: 02/13/2018) |
| 02/21/2018 | 22 | NOTICE of Appearance by Christine A. Cryer on behalf of Arkansas, State of (Cryer, Christine) (Entered: 02/21/2018) |
| 02/21/2018 | 23 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Arkansas, State of (Cryer, Christine) (Entered: 02/21/2018) |
| 02/21/2018 | 24 | BRIEF IN SUPPORT re 23 Motion to Dismiss for Failure to State a Claim filed by Arkansas, State of. (Cryer, Christine) (Entered: 02/21/2018) |
| 03/07/2018 | 25 | RESPONSE in Opposition re 23 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by David A Stebbins. (kdr) (Entered: 03/07/2018) |
| 03/13/2018 | 26 | REPLY to Response to Motion re 23 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Arkansas, State of. (Cryer, Christine) (Entered: 03/13/2018) |
| 03/21/2018 | 27 | SURREPLY in Response to 026 Reply to 025 Response in Opposition to State of Arkansas' Motion to Dismiss filed by David A Stebbins re 26 25 (jap) (Entered: 03/21/2018) |
| 04/02/2018 | 28 | ORDER: The interests of justice will be best served by transferring this case to the United States District Court for the Western District of Arkansas. The Clerk of Court is directed to immediately transfer Plaintiff's case file to the Western District of Arkansas, Harrison Division, John Paul Hammerschmidt Federal Building, 35 East Mountain Street, Room 510, Fayetteville, Arkansas 72701. Signed by Judge James M. Moody Jr. on 4/2/2018. (mcz) (Entered: 04/02/2018) |