US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

MAY 0 8 2018

DOUGLAS F. YOUNG, Clerk
By
     Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**DAVID A. STEBBINS**                                                                     **PLAINTIFF**

V.                              CASE NO. 3:18-CV-03040

**KENNETH HIXSON; DAVID GLOVER;**
**PHILLIP WHITEAKER; and STATE OF ARKANSAS**                          **DEFENDANTS**

## JUDGMENT

**IT IS HEREBY ORDERED AND ADJUDGED** that for the reasons stated in the Opinion and Order filed this date, the case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED AND ADJUDGED** on this 8th day of May, 2018.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE