US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

JUN 07 2018

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS

DOUGLAS F. YOUNG, Clerk
By _____
Deputy Clerk

DAVID A. STEBBINS     PLAINTIFF

VS.     CASE NO. 3:18-cv-03040

KENNETH HIXSON, DAVID GLOVER,     DEFENDANTS
PHILLIP WHITEAKER, AND THE STATE OF ARKANSAS

## NOTICE OF APPEAL

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following Notice of Appeal in the above-styled action.

1. The United States District Court for the Eastern District of Arkansas abused its discretion by moving the case to the Western District.

2. The United States District Court for the Western District of Arkansas abused its discretion by denying the Motion to Transfer Venue. The only grounds for venue being proper in the Western District was, according to him, that *some* of the actions that were relevant to this case (actions that were not even the focus of this case, but rather, were collateral to it) occurred inside the Western District. That alone does not justify overriding the Plaintiff's choice of venue when nearly every other factor in determining venue was in favor of the Eastern District.

3. The United States District Court for the Western District of Arkansas committed reversible error when it granted the Defendants' Motion to Dismiss for Failure to State a Claim, not on the grounds that the factual allegations in the Complaint did not amount to a cognizable claim, but rather, because he did not believe that I, as Plaintiff, would be able to prove the facts as they were listed in the Complaint. This is explicitly forbidden on a Motion to Dismiss for failure to state a claim; see Conley v. Gibson, 355 US 41 (1957).

4. In issuing its order dissming this case with prejudice, Western District Judge Timothy

Brooks freely admitted that he (A) was familiar with my previous litigation history, and (B) used this previous litigation history as a factor in his judgment. Therefore, he has a bias against me and should have recused himself. He committed an abuse of discretion and reversible error when he did not do so.

5. The United States District Court for the Western District of Arkansas committed an abuse of discretion when it denied my Motion for Reconsideration without giving any explanation whatsoever for the denial.

So notified on this, the 2nd day of June, 2018.

David Stebbins<br>
123 W. Ridge St.,<br>
APT D<br>
Harrison, AR 72601<br>
870-204-6516<br>
stebbinsd@yahoo.com

RECEIVED
WD/AR

JUN 07 2018

U.S. DISTRICT OFFICE

U.S. District Court
35 East Mountain Street, Room 510
Fayetteville, Arkansas 72701-5354

David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601