IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**DAVID A. STEBBINS**                                                                                   **PLAINTIFF**

v.                                            NO. 3:18-CV-03040-TLB

**KENNETH HIXSON,**                                                                                **DEFENDANTS**
**DAVID GLOVER,**
**PHILLIP WHITEAKER, and the**
**STATE OF ARKANSAS**

### RESPONSE IN OPPOSITION TO PLAINTIFF'S
### MOTION FOR LEAVE TO PROCEED ON APPEAL *IN FORMA PAUPERIS*

COME NOW the Defendants, the State of Arkansas, and Arkansas Court of Appeals Justices Kenneth Hixson, David Glover, and Phillip Whiteaker, by and through their attorneys, Attorney General Leslie Rutledge and Senior Assistant Attorney General Christine A. Cryer, and for their Response in Opposition to Plaintiff David Stebbins' Motion for Leave to Proceed on Appeal *In Forma Pauperis*, state the following:

1.  On May 8, 2018, this Court entered an Opinion and Order in favor of the Defendants and dismissing Stebbins' Complaint. (DE 32)  In the Order, this Court deemed Mr. Stebbins' case to be frivolous and dismissed it with prejudice. Specifically, in the Order, this Court held "Not only has Mr. Stebbins failed to state any claims for which relief may be granted as per Rule 12(b)(6), but he has also sued three appellate court judges and the State of Arkansas without regard to the fact that the judges are immune from suit for performing functions in their judicial capacities. . . " (*Id.*)

2. On June 7, 2018, Mr. Stebbins filed his Notice of Appeal (DE 36) as well as his motion to proceed with his appeal *in forma pauperis*. (DE 37).

3. Mr. Stebbins' motion to proceed *in forma pauperis* with his appeal should be denied for the reasons defendants Motion to Dismiss was granted and his Complaint dismissed with prejudice.

4. In addition to the dismissal of this district court case, Mr. Stebbins has had a number of other district court cases dismissed due to his failure to state claim upon which relief can be granted:

    3:12CV03022 (failure to state a claim)

    3:12CV03039 ("strike," failure to state a claim, and frivolous)

    3:12CV03130

    3:12CV03131 (frivolous)

    4:12CV00704 (failure to state a claim)

    4:14CV00227 (failure to state a claim)

    3:13CV03068 (failure to state a claim)

    3:15CV00332 (sua sponte)

    4:15CV00436 (failure to state a claim)

    4:16CV00638 (sua sponte, failure to state a claim)

    3:17CV03016 (frivolous).

5. The present appeal lacks merit. To allow Mr. Stebbins to proceed on an appeal, without payment of his filing fee, reinforces Mr. Stebbins' belief and practice that he can continuously appeal the rulings of the district court – especially

those in which the district court certifies that an appeal would not be taken in good faith – without consequence.

6.    For these reasons, the defendants respectfully oppose Mr. Stebbins' motion to allow him to proceed with his appeal *in forma pauperis* and affirmatively state that if Mr. Stebbins wishes to proceed with his appeal, he should be required to pay the filing fee in order to do so.

WHEREFORE, Defendants, the State of Arkansas, and Arkansas Court of Appeals Justices Kenneth Hixson, David Glover, and Phillip Whiteaker respectfully ask this Court to deny Mr. Stebbins' motion to proceed *in forma pauperis*.

        Respectfully submitted,

        LESLIE RUTLEDGE
        Attorney General

By:    */s/ Christine A. Cryer*
        Christine A. Cryer
        Ark Bar No. 2001082
        Senior Assistant Attorney General
        Arkansas Attorney General's Office
        323 Center Street, Suite 200
        Little Rock, AR 72201
        Phone: (501) 683-0958
        Fax: (501) 682-2591
        Email: christine.cryer@arkansasag.gov

## **CERTIFICATE OF SERVICE**

     I, Christine A. Cryer, Senior Assistant Attorney General, do hereby certify that on June 8, 2018, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system.

     I, Christine A. Cryer, hereby certify that on June 8, 2018, I mailed the document by U.S. Postal Service to the following non CM/ECF participant:

Mr. David Stebbins
123 W. Ridge St., Apt. D
Harrison, Arkansas 72601

                                                    /s/ Christine A. Cryer