IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID A. STEBBINS                                                               PLAINTIFF

V.                              CASE NO. 3:18-CV-3040

KENNETH HIXSON, et al.                                         DEFENDANTS

## ORDER

Currently before the Court is Plaintiff's Application for Leave to Appeal In Forma Pauperis ("IFP"). (Doc. 37). On May 8, 2018, the Court dismissed Plaintiff's complaint for failure to state a claim. (Docs. 32, 33.) "An appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3). As was discussed in detail in the Opinion and Order (Doc. 32) dismissing Plaintiff's complaint, Plaintiff's claims are frivolous, and he has named Defendants that are immune from suit. Accordingly, any appeal would not be taken in good faith.

Plaintiff's Application for Leave to Appeal IFP (Doc. 37) is, therefore, **DENIED**. Plaintiff may, of course, renew his motion for leave to appeal IFP with the Court of Appeals for the Eighth Circuit. *See* Fed. R. App. P. 24(a)(5).

**IT IS SO ORDERED** on this 11th day of June, 2018.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE