# U.S. COURT OF APPEALS - EIGHTH CIRCUIT
## NOA SUPPLEMENT

Please note any additions or deletions to the style of the case from the style listed on the docket sheet or attach an amended docket sheet with the final style of the case.

Western District of Arkansas  -  HARRISON DIVISION

18-3040, DAVID STEBBINS v. KENNETH HIXSON

Length of Trial:        N/A

| Financial Status: | Fee Paid? | Yes | No XX |
| --- | --- | --- | --- |
| | If NO, has IFP been granted? | Yes | No XX |
| | Is there a pending motion for IFP? | Yes | No XX |

Are there any other post-judgment motions?     Yes     No XX

Please identify the court reporter.

    If no court reporter, please check

    Name        **DANA HAYDEN**
    Address    35 E MOUNTAIN, ROOM 559
                     FAYETTEVILLE, AR 72701
Telephone Number   479-6954460

**CRIMINAL CASES ONLY:**
    Is the defendant incarcerated?                                    Yes     No XX
Place of confinement, if known:

Please list all other defendants in this case, if there were multiple defendants.

SPECIAL COMMENTS: