# United States Court of Appeals
### *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

July 05, 2018

Mr. David A. Stebbins
Apt. D
123 W. Ridge Street
Harrison, AR  72601

RE:  18-2441  David Stebbins v. Kenneth Hixson, et al

Dear Mr. Stebbins:

We have received certified copies of the notice of appeal and docket entries from the Clerk of the United States District Court together with notification that the docket fee is pending. This appeal has been docketed today under the number indicated. **Please include the caption and case number on all correspondence or pleadings submitted to this court.**

Pursuant to Rule 3(e), Federal Rules of Appellate Procedure you must pay this **court's docket fee of $500 and the $5.00 filing fee to the clerk of the district court in addition to any applicable district court fees. Enclosed is an order of this court setting out your options for satisfying the Eighth Circuit fee.**

**If you fail to take one of the options listed in the order, the court will issue an order directing you to show cause why the appeal should not be dismissed.**

Upon resolution of the fee matter, your appeal will be referred to the court. No additional pleadings will be required from you at that time. Our office will advise you of any action taken in your case thereafter.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and **voluntary for pro se litigants** proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

Please note that service by pro se parties is governed by Eighth Circuit Rule 25B. A copy of the rule and additional information is attached to the pro se party's copy of this notice.

          Michael E. Gans
          Clerk of Court

DMW

Enclosure(s)

cc:    Ms. Christine Ann Cryer
       Mr. Douglas F. Young

    District Court/Agency Case Number(s):   3:18-cv-03040-TLB

**Caption For Case Number: 18-2441**

David A. Stebbins

      Plaintiff - Appellant

v.

Kenneth Hixson; David Glover; Phillip Whiteaker; State of Arkansas

      Defendants - Appellees

**Addresses For Case Participants:   18-2441**

Mr. David A. Stebbins
Apt. D
123 W. Ridge Street
Harrison, AR  72601

Ms. Christine Ann Cryer
ATTORNEY GENERAL'S OFFICE
200 Catlett-Prien Building
323 Center Street
Little Rock, AR  72201-0000

Mr. Douglas F. Young
U.S. DISTRICT COURT
Western District of Arkansas Clerk's Office
Suite 510
35 E. Mountain Street
Fayetteville, AR  72701-5354