# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 18-2441

David Anthony Stebbins

Appellant

v.

Kenneth Hixson, et al.

Appellees

---

Appeal from U.S. District Court for the Western District of Arkansas - Harrison
(3:18-cv-03040-TLB)

---

## MANDATE

In accordance with the judgment of 10/16/2018, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

November 09, 2018

Clerk, U.S. Court of Appeals, Eighth Circuit